IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| BOBBY RAY LINEBERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:10-cv-0044 |
| | ) |
| MICHAEL J. ASTRUE, | ) Judge Thomas A. Wiseman, Jr. |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is Plaintiff Bobby Ray Lineberry's Motion for Judgment on the administrative record (Doc. No. 7), seeking judicial review of the Commissioner's denial of his claim for DIB and SSI under Titles II and XVI of the Social Security Act (the "Act"), on the grounds that the ALJ erred in failing to properly evaluate a report by mental consultative examiner Gary Smithson, M.A., and in failing to take "proper account" of Plaintiff's illiteracy. (Pl.'s Mem. Supp. Mot. Judgment, Doc. No. 7-1, at 3.) He argues on the basis of these alleged errors that the ALJ's decision is not supported by substantial evidence; he seeks reversal and remand to the Commissioner for a finding that he is disabled as a result of the impairments from which he suffers. In response to the motion, the Defendant Commissioner of Social Security asserts that the agency's decision denying benefits is supported by substantial evidence in the record.

The prior referral of this case to the Magistrate Judge is hereby **WITHDRAWN**. For the reasons set forth in the accompanying Memorandum Opinion, the Court finds that the Commissioner applied the appropriate legal standards and that his decision is supported by substantial evidence in the record. Plaintiff's Motion for Judgment (Doc. No. 7) is therefore **DENIED**. The Administration's underlying decision is **AFFIRMED** and this matter **DISMISSED**.

It is so **ORDERED**.

This is a final judgment from which an appeal may lie pursuant to Fed. R. Civ. P. 58.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge